# UNITED STATES DISTRICT COURT

## Western District of Washington

MARY JANE PESTER, HQ
MIS Generations, and Isaac Pester
Andre Lashawn Kelly Jr.
Plaintiff(s)

vs.

BILL GATES, MICROSOFT
AT&T
Defendant(s)

Case Number: 16-CV-00585 JCC

### DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS AND WRITTEN CONSENT FOR PAYMENT OF COSTS

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS

I (print your name) MARY JANE PESTER, declare I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security therefor. The nature of my action is *briefly* stated as follows: _____

In support of this application, I answer *all* of the following questions:

FILED ____ LODGED ____ ENTERED ____ RECEIVED

APR 21 2016

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
DEPUTY

1. Are you presently employed?

☐ Yes   Total amount of net monthly salary (take home pay) $ _____

   Name and address of employer _____

☑ No   Date of last employment 2004 Total amount of last net monthly salary $ _____

2. If married, is your spouse presently employed?   ☑ Not married

☐ Yes   Total amount of spouse's net monthly salary (take home pay) $ _____

   Name and address of employer _____

☐ No   Date of spouse's last employment _____ Total amount of last net monthly salary $ _____

3. For the past twelve months, list the amount of money you and/or your spouse have received from any of the following sources.

a. Business, profession or other self-employment                    $ _____
b. Income from rent, interest or dividends                          $ _____
c. Pensions, annuities or life insurance payments                  $ _____
d. Disability, unemployment, workers compensation or public assistance  $ 1,047.00
e. Gifts or inheritances RETIREMENT                                 $ _____
f. Money received from child support or alimony                    $ _____
g. Describe any other source of income _____              $ _____

Page of

4. List the amount for each of the following for you and/or your spouse:

Cash on hand $ _2.00_    Checking Account $ _7.00_    Savings Account $ _0_

5. Do you and/or your spouse own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? If Yes, describe the property and state its approximate value:

☐ Yes

☑ No

$ 

6. Are any persons dependent upon you or your spouse for support? If Yes, state their relationship to you or your spouse, and indicate how much is contributed toward their support each month. (Do not include names of minor children. )

☑ Yes    Nadre Lashawn Kelly Jr., Grandson

☐ No

$ 1600

7. Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan payments, or other regular monthly expenses and the amount spent each month.

Storage    Loans Rent Alar
Bus pass    Wipas #15th
Shoes    Food Cards

$ 1,524.00

8. Provide any other information that will help explain why you cannot pay court fees and costs.

The Chain of Command, along with Bill Gates have robbed me daily and monthly.

I declare under penalty of perjury that the foregoing is true and correct.

4:00 p.m.
April 21, 2016    Mary Jane Pester
**Executed on: (Date)    Signature of Plaintiff**
Thursday

**WRITTEN CONSENT FOR PAYMENT OF COSTS UNDER LOCAL RULE CR3(b)**

I, (print your name) _N/A - Form for this Paper (page)_
hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

4:00 p.m.
April 21, 2016    Mary Jane Pester
**Executed on: (Date)    Signature of Plaintiff**
Thursday

Page of